DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

O.S.I.,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No.  2D2023-0828

_____

May 29, 2024

Appeal from the Circuit Court for Hillsborough County; Kim Brennan, Judge.

Howard L. Dimmig, II, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan S. Tannen, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

SLEET, C.J., and ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.